1  WILMER CUTLER PICKERING HALE AND DORR LLP
   STEPHEN A. JONAS
2  stephen.jonas@wilmerhale.com
   60 State Street
3  Boston, MA 02109
   Telephone:  (617) 526-6000
4  Facsimile:   (617) 526-5000

5

6  Attorneys for Defendant,

   PRABHAT K. GOYAL

FILED

MAY 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-04-0201-MJJ |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO POSTPONE SCHEDULING ORDER |
| v. | |
| PRABHAT GOYAL, | |
| Defendant | |

## STIPULATION

In light of the May 11, 2006 Status Conference regarding the currently set trial date, the parties have consulted and jointly request that the Court enter an order postponing the following events set forth in the Court's October 14, 2005 Scheduling Order:

| Event | Date |
|---|---|
| 3. Defendant to identify any rebuttal expert(s) and produce written summaries of such testimony. | May 4, 2006 |
| 4. Government to provide the Defendant with its witness list, exhibit list, a list of any charts, summaries or calculations it intends to use at trial as well as all writings, records or other information on which such charts, summaries, or calculations are based, its proposed jury instructions, and its proposed *voir dire* questions. | May 11, 2006 |

Further, the parties jointly request that the Court consider and discuss modification of the Scheduling Order at the May 11, 2006 Status Conference.

//

//

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 5/2/06 | Respectfully submitted, |
| 3 | | |
| 4 | | Wilmer Cutler Pickering Hale and Dorr LLP |
| | | Stephen A. Jonas, Esq. |
| 5 | | Attorney for Defendant, Prabhat K. Goyal |
| 6 | Dated: 5/2/06 | |
| 7 | | |
| 8 | | Elise Becker, Esq. |
| | | Assistant United States Attorney |
| 9 | | Attorney for United States of America |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**FILED**
MAY 0 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PRABHAT GOYAL,<br>Defendant | Case No. CR-04-0201-MJJ<br>[~~PROPOSED~~] ORDER |

IT IS ORDERED THAT the events scheduled for May 4, 2006 and May 11, 2006 set forth in the Court's Scheduling Order are hereby postponed. Modification of the Scheduling Order will be discussed at the May 11, 2006 Scheduling Conference.

Dated: 5/2, 2006

_____
Honorable Martin J. Jenkins
United States District Judge

CASE NO. CR-04-0201-MJJ          3.          Stipulation and [~~Proposed~~] Order to Postpone Scheduling Order

US1DOCS 5636098v1