KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
BRIAN STRETCH (CSBN 163973)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

RECEIVED
JAN - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 0 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PRABHAT GOYAL,<br><br>    Defendants. | No. CR 04-0201 MJJ<br><br>[PROPOSED] PROTECTIVE ORDER REGARDING PRODUCTION OF FBI INTERVIEW NOTES |

    Having considered the defendant's Motion to Compel Production and the government's response, and finding that in order to protect the integrity of the FBI's investigative and evidence-gathering processes and to limit potential misuse of the materials disclosed hereunder in related civil cases and other matters, and good cause having been shown, a protective order shall be issued,

    IT IS HEREBY ORDERED that the United States shall disclose to counsel for Prabhat Goyal copies of the notes of witness interviews made to date in the investigation of this matter by FBI special agents. All such documents shall be used by the defendant and his counsel only for the purpose of assisting them with trial preparation of this criminal case. Defendant and his

[PROPOSED] PROTECTIVE ORDER
Case No. CR-04-0201-MJJ

1  counsel shall not, in the absence of a further Court order, produce, reveal, or disclose these
2  documents, or any portion thereof or information contained therein, to any third party except as
3  necessary for effective trial preparation in this criminal action. In addition, Defendant and his
4  counsel shall not make direct or indirect use of the information contained in these documents in
5  any other proceeding. The documents described above shall not be copied at all unless copying
6  is necessary for preparation of the defense in this proceeding. Notwithstanding the foregoing,
7  copies of the notes may not be retained by any party (including the defendant) other than the
8  defendant's counsel without further order of the Court based upon a showing of good cause. Any
9  pleading that includes or makes reference to the above-described documents or their contents
10 shall be filed under seal. All copies of all notes shall be returned to the government upon the
11 conclusion of this matter.
12     IT IS SO ORDERED.

Dated: 1/9/2007

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE