WILMER CUTLER PICKERING
HALE AND DORR LLP
Stephen A. Jonas, Esq.
stephen.jonas@wilmerhale.com
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Ronald C. Machen (admitted *pro hac vice*)
ronald.machen@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

Attorneys for Defendant

PRABHAT K. GOYAL

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston. MA 02109

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>Plaintiff,<br>v.<br>**PRABHAT GOYAL,**<br>Defendant. | **Case No. CR-04-0201-MJJ**<br><br>**DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENT *EX PARTE* AND UNDER SEAL** |

**MOTION**

Pursuant to Criminal Local Rule 55-1(b) and Civil Local Rule 79-5 of the United States District Court for the Northern District of California, defendant Prabhat K. Goyal respectfully requests an order from the Court allowing Mr. Goyal to file *ex parte* and under seal the Third Declaration Of Stephen A. Jonas, Esq., In Support Of Defendant's Motion To Compel Production Of Government Interview Notes (the "Third Jonas Declaration").

**ARGUMENT**

Under Criminal Local Rule 55-1(b) and Civil Local Rule 79-5, a party may seek leave to file a document under seal if the document is "entitled to protection under the law," as established by declaration. Civil Loc. R. 79-5(a), (b)(1). Filed herewith is the Declaration of Stephen A. Jonas, Esq., in Support of Mr. Goyal's Motion for Administrative Relief to File Document *Ex Parte* and Under Seal, which demonstrates that the Third Jonas Declaration contains information subject to this Court's protective order dated January 9, 2007, and also discloses defense counsel's trial strategy and opinion work product. The release of such information to the public and to the Government would cause significant harm to Mr. Goyal's ability to present his case. Accordingly, the information in the Third Jonas Declaration is entitled to protection under the law and leave should be granted to file it *ex parte* and under seal.

The Court has previously granted Mr. Goyal's motion to file *ex parte* and under seal a declaration of a similar nature in connection with the same motion to compel. *See* Order dated December 14, 2006 (Dkt. 81). This second motion is required because the Third Declaration addresses new information that was not previously available, namely the contents of FBI interview notes first disclosed by the Government on January 18, 2007.

On January 25, 2007, counsel for Mr. Goyal conferred with Assistant United States Attorneys Elise Becker and Brian Stretch by telephone with respect to the substance of this motion. The Government opposes the relief sought herein.

**Wilmer Cutler Pickering Hale and Dorr LLP**
**60 State Street**
**Boston, MA 02109**

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston. MA 02109

## CONCLUSION

For the foregoing reasons, Mr. Goyal respectfully requests that the Court enter an order allowing him to file *ex parte* and under seal the Third Declaration Of Stephen A. Jonas, Esq., In Support Of Defendant's Motion To Compel Production Of Government Interview Notes.

A proposed order is attached.

Respectfully submitted,

PRABHAT K. GOYAL

Dated: January 26, 2007

/s/ Stephen A. Jonas
WILMER CUTLER PICKERING
HALE AND DORR LLP
Stephen A. Jonas, Esq.
stephen.jonas@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Ronald C. Machen (admitted *pro hac vice*)
ronald.machen@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston. MA 02109

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**PRABHAT GOYAL,**
Defendant.

**Case No. CR-04-0201-MJJ**

**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENT *EX PARTE* AND UNDER SEAL**

IT IS HEREBY ORDERED THAT Defendant's Motion for Administrative Relief to File Document *Ex Parte* and Under Seal is GRANTED. The Third Declaration Of Stephen A. Jonas, Esq., In Support Of Defendant's Motion To Compel Production Of Government Interview Notes may be filed *ex parte* and under seal.

Dated: ____________, 2007

______________________________
Honorable Martin J. Jenkins
United States District Judge