IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>PRABHAT GOYAL,<br><br>        Defendant.<br>_____/ | No. Cr 04-00201 MJJ<br><br>**ORDER DENYING DEFENDANT'S MOTION TO EXCEED PAGE LIMIT** |

Before the Court is Defendant Prabhat Goyal's ("Defendant") Motion for Administrative Relief to Exceed Page Limit for Motion in Limine.[1] After full consideration, the Court DENIES Defendant's motion.

**IT IS SO ORDERED.**

Dated: February 12, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 100.