KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
BRIAN STRETCH (CSBN 163973)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   elise.becker@usdoj.gov
   brian.stretch@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04-0201 MJJ |
|    Plaintiff, ) | |
|    v. ) | [~~PROPOSED~~] PROTECTIVE ORDER REGARDING PRODUCTION OF GRAND JURY TRANSCRIPTS |
| PRABHAT GOYAL, ) | |
|    Defendants. ) | |

     Having considered the arguments supporting defendant's Motion to Compel Production of agent notes and the government's agreement to produce the Grand Jury transcripts of a defense witness and an FBI agent, and finding that in order to protect the secrecy of the Grand Jury proceedings and to limit potential misuse of the materials disclosed hereunder in related civil cases and other matters, and good cause having been shown, a protective order shall be issued,

     IT IS HEREBY ORDERED that the United States shall disclose to counsel for Prabhat Goyal copies of the grand jury testimony in the above captioned case. All transcripts shall be

1  used by the defendant and his counsel only for the purpose of assisting them with trial
2  preparation of this criminal case.  Defendant and his counsel shall not, in the absence of a further
3  Court order, produce, reveal, or disclose these transcripts, or any portion thereof or information
4  contained therein, to any third party except as necessary for effective trial preparation in this
5  criminal action.  In addition, Defendant and his counsel shall not make direct or indirect use of
6  the information contained in these documents in any other proceeding.  The transcripts shall not
7  be copied at all unless copying is necessary for preparation of the defense in this proceeding.
8  Notwithstanding the foregoing, copies of the transcripts may not be retained by any party
9  (including the defendant) other than the defendant's counsel without further order of the Court
10 based upon a showing of good cause. Any pleading that includes or makes reference to the
11 above-described transcripts or their contents shall be filed under seal.  All copies of the
12 transcripts shall be returned to the government upon the conclusion of this matter.
13     IT IS SO ORDERED.

15 Dated:     February 12, 2007
16                                                    HON. MARTIN J. JENKINS
                                                      UNITED STATES DISTRICT JUDGE

[PROPOSED] PROTECTIVE ORDER
Case No. CR-04-0201-MJJ                    2