WILMER CUTLER PICKERING
 HALE AND DORR LLP
Stephen A. Jonas, Esq.
stephen.jonas@wilmerhale.com
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

Ronald C. Machen (admitted *pro hac vice*)
ronald.machen@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

Attorneys for Defendant,

PRABHAT K. GOYAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **PRABHAT GOYAL,** <br> Defendant | **Case No. CR-04-0201-MJJ** <br><br> STIPULATION AND (~~PROPOSED~~) MODIFIED SCHEDULING ORDER |

The defendant, Prabhat K. Goyal, and the United States of America, by and through their attorneys, jointly request that the Court enter the following scheduling order in the above captioned case, which is intended to both modify and supplement the Court's Scheduling Order dated July 5, 2006 (Dkt. No. 69):

1. Both parties to file additional Motions in Limine. — February 21, 2007

2. Government's Oppositions to Defendant's Motions in Limine No. 1 and No. 2. — February 22, 2007

3. Defendant's Replies to Government's Oppositions to Defendant's Motions in Limine No. 1 and No. 2. — March 1, 2007

4. Oppositions to Motions in Limine filed February 21, 2007. — March 2, 2007

| | | |
|---|---|---|
| 5. | Final Pre-trial Conference. | March 8, 2007 |
| 6. | Government to provide Defendant with its final witness list and final exhibit list. | March 8, 2007 |
| 7. | Government to provide Defendant with any demonstratives, as well as any charts, summaries or calculations it intends to use during trial, and all writings, records or other information on which those demonstratives, charts, summaries or calculations are based. | March 12, 2007 |
| 8. | Defendant to provide Government with any charts, summaries or calculations it intends to use with expert witnesses during trial, and all writings, records or other information on which those demonstratives, charts, summaries or calculations are based. | March 12, 2007 |
| 9. | Trial date. | March 19, 2007 |
| 10. | Government to notify Defendant which exhibits it intends to use with prosecution witnesses. | One day before witness testifies  (*may start a week later) |
| 11. | Parties to provide documents that may be used during cross examination. | Upon morning of expected cross-examination |
| 12. | Defendant to provide Government with defense exhibits. | After close of Government's case-in-chief |
| 13. | Defendant to provide Government with demonstratives. | One day before intended use at trial |

Respectfully submitted,

    /s/ Stephen A. Jonas_____
Stephen A. Jonas
Ronald C. Machen
Dated: February 15, 2007    Wilmer Cutler Pickering Hale and Dorr LLP
Attorneys for Defendant, Prabhat Goyal


    /s/ Elise Becker _____
Elise Becker
Brian Stretch
Dated: February 15, 2007    Assistant United States Attorneys
Attorney for the United States of America

1
2 **(PROPOSED) ORDER**

3 It is hereby ordered that the above schedule shall govern all proceedings in this case.

4
5 Dated: 02/20/07                                          Honorable Martin J. Jenkins
                                                          United States District Judge
6
7
8
9
10
11
12
...
28

CASE NO. CR-04-0201-MJJ                 3.          **Stipulation and Proposed Order To Modify Scheduling Order**
US1DOCS 5331715v1