UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA,

                     Plaintiff(s),

    v.

PRABHAT GOYAL,

                     Defendant(s).
    _____/

CASE NO. CR-04-0201-MJJ

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Christopher R. Noyes, an active member in good standing of the bar of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Wilmer Cutler Pickering Hale and Dorr, LLP, 60 State Street, Boston, Massachusetts 02109, 617-526-6000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 2, 2007

                                              Martin J. Jenkins
                                              United States District Judge