

UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA,

                                                 CASE NO. CR-04-0201-MJJ

                                                 ~~(Proposed)~~
                Plaintiff(s),              ORDER GRANTING APPLICATION
   v.                                          FOR ADMISSION OF ATTORNEY
                                                *PRO HAC VICE*

PRABHAT GOYAL,

              Defendant(s).
_____/

Matthew Holmwood, an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Wilmer Cutler Pickering Hale and Dorr, LLP, 1875 Pennsylvania Avenue NW Washington, DC 20006, (202) 663-6449

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 2, 2007

                                                      Martin J. Jenkins
                                                      United States District Judge