| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | ELISE BECKER (NYSBN 2540730)<br>BRIAN J. STRETCH (CSBN 163973) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7200<br>Telecopy: (415) 436-7234 |
| 8 | Elise.Becker@usdoj.gov<br>Brian.Stretch@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-04-0201-MJJ |
| Plaintiff, | ) ) | [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE |
| v. | ) ) | |
| PRABHAT GOYAL, | ) ) | Trial Date: April 4, 2007<br>Time: 8:30 a.m. |
| Defendant. | ) ) | Courtroom: Honorable Martin J. Jenkins<br>19th Floor, #11 |

The Court, having heard argument from the parties at the pretrial conference on March 8, 2007, hereby ORDERS the following schedule for the filing of briefs and the exchange of certain exhibits:

March 16, 2007: Government's Opposition to Defendant's Motion to Dismiss Indictment Due to Prosecutorial Abuse of Grand Jury Procedure, Or, In the Alternative, for Discovery;

Defendant's Motion to Dismiss Specified Counts in the Indictment Due to the Expiration of the Statute of Limitations;

Parties' Joint Proposed Jury Questionnaire and Parties' Individual Proposed Jury Questionnaire;

Defendant's Supplemental Motion to Preclude Reference to Financial Restatements;

ORDER RE: BRIEFING SCHEDULE
Case No. CR-04-0201-MJJ

| | | |
|---|---|---|
| | March 23, 2007: | Defendant's Reply to Government's Opposition to Defendant's Motion to Dismiss Indictment Due to Prosecutorial Abuse of Grand Jury Procedure, Or, In the Alternative, for Discovery; |
| | | Government's Opposition to Defendant's Motion to Dismiss Specified Counts in the Indictment Due to the Expiration of the Statute of Limitations; |
| | | Government's Response to Defendant's Supplemental Motion to Preclude Reference to Financial Restatements; |
| | | Defendant's Supplemental Rule 16 Expert Disclosure; |
| | March 27, 2007: | Defendant's Reply to Government's Opposition to Defendant's Motion to Dismiss Specified Counts in the Indictment Due to the Expiration of the Statute of Limitations; |
| | | Defendant's Reply to Government's Response to Defendant's Supplemental Motion to Preclude Reference to Financial Restatements; |
| | April 2, 2007 | The parties to exchange any demonstrative exhibits, as well as any charts, summaries, and calculations and all writings, records, and other information on which those demonstratives, charts, summaries, and calculations are based upon. (The previous date of March 12, 2007 for the exchange of this information is vacated.) |

It is FURTHER ORDERED that the pretrial conference shall next continue on ~~April 2,~~ March 29 2007 at ~~3:30 p.m.~~ 2:00 p.m. MJJ and that the jury trial shall commence on April 4, 2007 at 8:30 a.m.

DATED: 3/13/07 _____

_____
MARTIN J. JENKINS
United States District Court Judge

ORDER RE: BRIEFING SCHEDULE
Case No. CR-04-0201-MJJ

2