UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA,

                      Plaintiff(s),

    v.

PRABHAT GOYAL,

                      Defendant(s).

CASE NO. CR-04-0201-MJJ

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

FILED
APR 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles Beene, an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Wilmer Cutler Pickering Hale and Dorr, LLP, 1875 Pennsylvania Avenue NW Washington, DC 20006, (202) 663-6929

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/13/2007

                                                                  _____
                                                                  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

GOYAL et al,

        Defendant.

Case Number: CR04-00201 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Beene
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Kimberly Friday
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Dated: April 17, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk