WILMER CUTLER PICKERING
  HALE AND DORR LLP
Stephen A. Jonas
stephen.jonas@wilmerhale.com
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

Ronald C. Machen (admitted *pro hac vice*)
ronald.machen@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

Attorneys for Defendant

PRABHAT K. GOYAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**PRABHAT K. GOYAL,**<br><br>Defendant | Case No. CR-04-0201-MJJ<br><br>**MOTION AND (PROPOSED) SEALING ORDER** |

Pursuant to Federal Rule of Criminal Procedure 6(e), Defendant Prabhat K. Goyal respectfully requests leave of the Court to file his Motion to Preclude Reference at Trial to the Alleged Scheme Described in the FBI-302 Summarizing the April 14, 2007 Interview of Evan Collins and the Declaration of Ronald C. Machen in support thereof under seal because they directly and indirectly references matters that occurred before the grand jury.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 3 Dated: April, 17, 2007 | PRABHAT K. GOYAL |

*[signature]*

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Ronald C. Machen, Esq.
Stephen A. Jonas, Esq.

SO ORDERED.

Dated: _____, 2007

_____
Honorable Martin J. Jenkins
United States District Judge