C54

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   BRIAN J. STRETCH (CSBN 163973)
5  Assistant United States Attorneys

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-7200
   Telecopy: (415) 436-7234
8  Elise.Becker@usdoj.gov
   Brian.Stretch@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

**FILED**

MAY 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-04-0201-MJJ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF DISMISSAL OF COUNT ONE |
| PRABHAT GOYAL, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Northern District of California dismisses Count One of the above-entitled indictment with prejudice.

DATED: May 2, 2007                    Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney

                                      /S/

                                      MARK L. KROTOSKI
                                      Chief, Criminal Division

NOTICE OF DISMISSAL
OF COUNT ONE (CR04-0201-MJJ)

1 | Leave is granted to the government to dismiss Counts One of the above-entitled indictment
2 | with prejudice.

Date: 5/3/2007

MARTIN J. JENKINS
United States District Court Judge