1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6878
7      Facsimile: (415) 436-7234

8  elise.becker@usdoj.gov
   brian.stretch@usdoj.gov
9
   Attorneys for Plaintiff
10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )      CR 04-0201 MJJ
15                                     )
              Plaintiff,               )
16                                     )
       v.                              )
17                                     )      **STIPULATION AND
                                       )      (PROPOSED) ORDER
18   PRABHAT GOYAL,                    )      EXTENDING CIVIL STAY**
                                       )
19                                     )
              Defendant.               )
20   _____)

21   SECURITIES AND EXCHANGE          )
     COMMISSION,                       )      No. C. 04-2372 MJJ
22                                     )
              Plaintiff,               )
23                                     )
       v.                              )
24                                     )
     PRABHAT GOYAL,                    )
25                                     )
              Defendant.               )
26   _____)

27

28

   Order Extending Stay
   CR 04-0201 MJJ; C 04-2372 MJJ                 1

Case 3:04-cr-00201-MJJ   Document 297   Filed 08/14/2007   Page 2 of 3

1      The parties stipulate and agree as follows:

2          1.  On July 2, 2004, this Court issued a stay in the above captioned civil case based

3   upon the parties' stipulation.  The stay was issued for nine months, or the end of the criminal

4   litigation, whichever came first.

5          2.  On April 4, 2005, this Court extended the stay in the civil case until May 2006, or

6   the conclusion of the criminal litigation, whichever came first.

7          3.  On June 1, 2006, this Court again extended the stay in the civil case until May

8   2007, or the conclusion of the criminal litigation, whichever came first.

9          4.  Subject to this Court's confirming Order, because the criminal action is still

10  pending, and for all the reasons set forth in the parties' previous stipulations,  the parties stipulate

11  that the civil action shall accordingly be stayed to and including two weeks after this Court's

12  rulings on the defendant's post-trial motions, or sentencing, whichever comes last.  If the

13  criminal action is not concluded by January 2008, any party or parties including the United States

14  Attorney may apply to the Court for a further stay.

15

16  DATED: August 13,  2007              Respectfully submitted,

17                                       SCOTT N. SCHOOLS
                                         United States Attorney     .
18

19                                       /S/ Elise Becker
                                         ELISE BECKER
20  DATED: August 13,  2007              Assistant United States Attorney

21

22
                                         /S/ Stephen Jonas
23                                       STEPHEN JONAS
                                         Attorney for Prabhat Goyal
24  DATED: August 13,  2007

25

26                                       /S/ Lawrence Renbaum
                                         LAWRENCE RENBAUM
27                                       Attorney for Plaintiff Securities and
                                         Exchange Commission
28

Order Extending Stay
CR 04-0201 MJJ; C 04-2372 MJJ                    2

1                                    ORDER

2          It is hereby ordered that all the proceedings in the civil action shall be stayed to and

3   including two weeks after the Court's ruling on the defendant's post-trial motions, or sentencing,

4   whichever is last.  If the criminal action is not concluded by January 2008, any party or parties

5   including the United States Attorney may apply to the Court for a further stay.

6          IT IS SO ORDERED.

7

8   DATED:  8 /16 /2007

9

10

11   _____
     HONORABLE MARTIN J. JENKINS
12   UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Extending Stay
CR 04-0201 MJJ; C 04-2372 MJJ                          3