WILMER CUTLER PICKERING
 HALE AND DORR LLP
Stephen A. Jonas, Esq.
stephen.jonas@wilmerhale.com
Christopher R. Noyes, Esq. (admitted *pro hac vice*)
christopher.noyes@wilmerhale.com
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

Ronald C. Machen (admitted *pro hac vice*)
ronald.machen@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

Attorneys for Defendant

PRABHAT K. GOYAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **PRABHAT GOYAL,** <br> Defendant | **Case No. CR-04-0201-MJJ** <br><br> STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER MODIFYING CONDITIONS OF RELEASE |

The defendant Prabhat K. Goyal, by and through his attorneys, requests an Order permitting him to travel to India to mark the anniversary of his father's death.

Upon the stipulation of both parties and for good cause shown, it is hereby ORDERED that the conditions of defendant's release are modified to permit him to travel to India between the dates of October 13, 2007 and November 1, 2007.  It is also ORDERED that defendant's expired passport and renewed passport be returned to him for the purpose of that trip.  Defendant is to provide Pretrial Services with a travel itinerary before departure.  Upon his return from

CR-04-0201-MJJ   -1-   Stipulation and [P̶r̶o̶p̶o̶s̶e̶d̶] Order Modifying Conditions of Release

India, defendant shall promptly return both his expired and renewed passports to the government.

Dated: October 9, 2007                    _____
                                          United States Magistrate Judge

Stipulated:

                                          /s/ Christopher R. Noyes
                                          _____
Dated: October 1, 2007                    CHRISTOPHER R. NOYES
                                          Attorney for Defendant, Prabhat Goyal

Stipulated:

                                          /s/ Elise Becker
                                          _____
Dated: October 1, 2007                    ELISE BECKER
                                          Assistant United States Attorney