WILMER CUTLER PICKERING
 HALE AND DORR LLP
Stephen A. Jonas
stephen.jonas@wilmerhale.com
Christopher R. Noyes (admitted *pro hac vice*)
christopher.noyes@wilmerhale.com
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

Ronald C. Machen (admitted *pro hac vice*)
ronald.machen@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

Attorneys for Defendant

PRABHAT K. GOYAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**PRABHAT K. GOYAL,**<br><br>    **Defendant.** | Case No. CR-04-0201-MJJ<br><br>**STIPULATION REGARDING HEARING DATE FOR MR. GOYAL'S POST-TRIAL MOTIONS** |

The parties, through their undersigned counsel, hereby stipulate as follows:

1.      The hearing on Mr. Goyal's Rule 29 Motion for Judgment of Acquittal and Rule 33 Motion for New Trial (the "Post-Trial Motions") currently is scheduled for September 19, 2007 at 2:30 PM.

2.      Recently, Mr. Goyal's wife, Suruchi Mohan, underwent major surgery. Following surgery, Ms. Mohan's physician requested that she remain stress free until mid-October.

3.      To allow Mrs. Mohan sufficient time to recover from her surgery, the defendant

1  requests that, consistent with its calendar, the Court reschedule the hearing on the Post-Trial

2  Motions for November 8, 2007.

3      4.    The Government does not oppose this request.

4

5  DATED: August 27, 2007        SCOTT N. SCHOOLS
6                                              United States Attorney

7
                                          ___/s/ Elise Becker (by permission)_____
8                                            Elise Becker, Esq.
                                          Brian J. Stretch, Esq.
9                                            Assistant United States Attorneys

10                                            PRABHAT K. GOYAL, DEFENDANT
11

12                                            ___/s/ Christopher R. Noyes_____
                                          WILMER CUTLER PICKERING
13                                            HALE AND DORR LLP
                                          Stephen A. Jonas, Esq.
14                                            Ronald C. Machen, Esq.
                                          Christopher R. Noyes, Esq.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**~~(PROPOSED)~~ ORDER**

**IT IS HEREBY ORDERED** that Mr. Goyal's Rule 29 Motion for Judgment of Acquittal and Rule 33 Motion for New Trial will be heard on Thursday, November 8, 2007 at 2:30 PM.

Dated: 10/18/07



Honorable Martin J. Jenkins
United States District Judge