IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PRABHAT GOYAL,<br><br>    Defendant.<br>_____ / | No. CR 04-0201 SI<br><br>**ORDER SCHEDULING SENTENCING** |

    The Court hereby schedules the sentencing in this case for May 23, 2008 at 11:00 am. The parties shall address the issue of loss computation in their sentencing memoranda.

**IT IS SO ORDERED.**

Dated: April 25, 2008

SUSAN ILLSTON
United States District Judge