IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRABHAT K. GOYAL,<br><br>Defendant.<br>_____/ | No. C-04-2372 MMC<br><br>**ORDER OF REFERRAL; CONTINUING CASE MANAGEMENT CONFERENCE** |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Susan Illston for consideration of whether the case is related to <u>United States v. Prabhat K. Goyal</u>, 04-CR-201 SI. (<u>See</u> Joint Case Management Statement, filed May 2, 2008 at 4:1-3.)

In light of the instant referral, and in consideration of the parties' stipulated request (<u>see</u> <u>id</u>. at 4:20-23), the Case Management Conference before the undersigned is hereby CONTINUED from May 9, 2008 to September 26, 2008 at 10:30 a.m.; a Joint Case Management Statement shall be filed no later than September 19, 2008.

**IT IS SO ORDERED.**

Dated: May 5, 2008

_____
MAXINE M. CHESNEY
United States District Judge