UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **PRABHAT GOYAL**, <br> Defendant. | Case No. CR-04-0201-SI <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY CRIMINAL FINE PURSUANT TO FED. R. CRIM. P. 38** |

**IT IS HEREBY ORDERED THAT** Defendant's Motion To Stay Criminal Fine Pursuant to Fed. R. Crim P. 38 is **GRANTED**.

Dated: Oct. 20, 2008

_____
Honorable Susan Y. Illston
United States District Judge

Case No. CR-04-0201-MJJ          [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL