AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

PRABHAT GOYAL

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-04-0201- MJJ (SI)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Susan Illston
Name and Title of Judge

1/10/11
Date